UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS FORT LAUDERDALE, FLORIDA (COURTROOM 203-D)

DEFT: MICHELLE JONES (B)# CASE NO: 23-60104-CR-MOORE

AUSA: K. GUTHRIE (T. LANIGAN DUTY AUSA) ATTY: TIM DAY

USPO: VIOL: 21:U.S.C. § 841, 846

PROCEEDING: ARRAIGNMENT RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

☐ All standard conditions

☐ Do not encumber property.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _ x's a week/month by phone; _ x's a week/month in person.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Electronic Monitoring:

☐ Travel extended to:

☐ Other:

**DEFENDANT PRESENT IN COURT WITH COUNSEL**

**READING OF INDICTMENT WAIVED**

**NOT GUILTY PLEA ENTERED**

**JURY TRIAL DEMANDED**

**SDO REQUESTED**

****BRADY ORDER ENTERED TODAY IN COURT****

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:

PTD/BOND HEARING:

**ARRAIGN** OR REMOVAL:

PRELIM/EXAM HRG

05/26/23    TIME: 11:00 AM    FTL/TAPE/# JMS-    Begin 110

[5 MINUTES] *** RECORDED BY ZOOM**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR NO) DAR: 11:05-11:07